UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LOUIS BATISTA,

        Plaintiff,

        v.

SARGEANT ROHRER,

        Defendant.

Case No.  C04-5413RBL

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed, the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)    The Court adopts the Report and Recommendation;

(2)    Defendant's motion for summary judgment is **DENIED.** The parties will submit a Joint Status Report by April 28th, 2006.  This matter will then be set for trial.

(3)    The Clerk is directed to send copies of this Order to plaintiff, counsel for defendants, and to the Hon. Karen L. Strombom.

DATED this 27th day of March, 2006.

                           /s/ Ronald B. Leighton
                           RONALD B. LEIGHTON
                           UNITED STATES DISTRICT JUDGE

ORDER
Page - 1