UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LOUIS BATISTA,

        Plaintiff,

  v.

WASHINGTON STATE DEPARTMENT
OF CORRECTIONS, et al.,

        Defendants.

Case No. C04-5413RBL

ORDER ON PLAINTIFF'S
DISCOVERY MOTIONS

      This matter is before Court on the following Motions filed by Plaintiff Louise Batista: Motion for Medical Docket [Dkt. # 82]; Motion for Witness Statements [Dkt.# 83]; and Motions for Discovery [Dkt. #s 84, 85, and 89].

      It is unclear what the Plaintiff seeks with respect to the Medical docket and the witness statements. It is not clear that there is a medical docket, or that witness statements or depositions have been taken.The Defendants' failure to respond to the motion does not assist the court in this effort. The Motions [Dkt. Nos. 82 and 83] are DENIED without prejudice. If there are such items, however, they are discoverable and will be produced.

      With respect to the remaining, repetitive "Motions for Discovery," Mr. Batista seeks video tape(s) of the incident in question, arguing that there are cameras in the area and that the correctional facility is required to maintain the tapes for six years. The Defendants responds that they "do not know" if there was a tape of the incident, but that if there was, it likely would have been "taped over" in a matter

ORDER
Page - 1

of days.  This is insufficient. The Defendants have an obligation to determine whether the incident was taped, and to ensure that if it was, that the tape is located, preserved, and produced.  Plaintiffs' Motion is therefore GRANTED, and Defendant will determine whether there is or ever was a tape of the incident.

DATED this 20th day of November, 2006.

/s/ Ronald B. Leighton
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE